■ GEORGE W. SCOBELL, Respondent, v. ERNEST MOYER, as President of Rochester Local 118, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Appellants.— Appeal dismissed, without costs, upon˙ stipulation. (Appeal from an order of Monroe Special Term granting plaintiff's motion for a dismissal of defendant's counterclaim.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of the Claim of FREDONIA BUILDERS SUPPLY CO., INC., Appellant, against ESTATE OF HENRY DAMON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, J. P., Bastow, Goldman and Halpern, JJ.

■ .WILLIAM J. CABIC, Respondent, v. CITY OF ROCHESTER et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CONNIE ALLEN, Plaintiff, v. LANGDON & HUGHES ELECTRIC CO., INC., et al., Defendants. (And Five Other Actions.) — Appeal of defendants Messina discontinued and dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE STANLEY, JR., Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Appeal withdrawn and dismissed, without costs.

■ In the Matter of the Probate of the Will of GERTRUDE M. BLUETT, Deceased.— Appeal dismissed, without costs, on stipulation; motion dismissed as academic.

■ ANTOINETTE STORM, Respondent, v. DAVID E. HAETTICH, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of JAY H. LANIEU, Appellant, against ROCCO PIRRO et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ CHARLES BARTELS, Plaintiff, v. ALLIED MILLS, INC., Respondent, and N. Y., CHICAGO & ST. LOUIS RAILROAD Co., Appellant.—Appeal dismissed, without costs, upon stipulation.

■ EDWARD O'MALLEY et al., Appellants, v. ROBERT E. McINTYRE, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ GUSTAV ERBE, JR., et al., Appellants, v. LINCOLN ROCHESTER TRUST Co., et al., Respondents. (Actions 1 and 2.) — Stay granted on stipulation.

■ JOHN CHAMBERLAIN, Respondent, v. FREDA CHAMBERLAIN, Appellant. — Motion to extend time to file records and briefs denied; motion to dismiss appeal granted and appeal dismissed, without costs.